**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No: 11-cr-00200-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   KEVIN R. CLEMMER,
2.   TINA SHELDON,
      a/k/a "Tina Stanfield,"
3.   NOAH ZIEGLER,
      a/k/a "Noah Smeltzer," and
4.   ANGELA LEE,
      a/k/a "Angie Lee,"

    Defendants.

### ORDER

**Blackburn, J.**

The matter is before me on the **Government's Motion to Disclose Grand Jury Material to Defendants** pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I) [#42][1] filed June 8, 2011. After reviewing the motion and the file, I find that good and sufficient cause supports the same and that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion to Disclose Grand Jury Material to Defendants** pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I) [#42] filed June 8, 2011, is **GRANTED**;

---

[1] "[#42]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That Grand Jury material may be disclosed to the Defendants and Defendants' attorneys in the course of discovery in this case;

3. That such materials shall only be used in defending this case;

4. That such materials shall be disclosed only to the Defendants and counsel for the Defendants;

5. That the Defendants' attorneys shall maintain custody of such materials and shall not reproduce or disseminate the same; and

6. That such materials shall be returned to the United States at the end of the case.

Dated June 8, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge