**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  11-cr-00200-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  KEVIN R. CLEMMER,
2.  TINA SHELDON,
     a/k/a "Tina Stanfield,"
3.  NOAH ZIEGLER,
     a/k/a "Noah Smeltzer," and
4.  ANGELA LEE,
     a/k/a "Angie Lee,"

     Defendants.

---

## MINUTE ORDER[1]

---

On **July 13, 2011**, commencing at 10:00 a.m., the court shall conduct a hearing on defendant Clemmer's **Motion For Exclusion of Time Under 18 U.S.C. § 3161(h)(7)(A) and (B)** [#52] filed July 1, 2011.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendants' appearances for this hearing.

     Dated:  July 5, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.